UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS A. FLYNN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMUNITY INTEGRATED SERVICES, INC., a Washington corporation; JOAN CARDWELL; JIM SHISSLER; LEAH HAYDON; and AJ ZACHMAN,<br><br>　　　　　　Defendants. | NO: 1:15-CV-3103-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and [Proposed] Order of Dismissal with Prejudice (ECF No. 98) and the Magistrate Judge's Report and Recommendation (ECF No. 99). The parties represent that this matter should be dismissed. There is no reason to further delay entry of this Order.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Magistrate Judge's Report and Recommendation (ECF No. 99) is accepted and **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, all claims asserted, or which could have been asserted in this matter, by and between the above-referenced parties are **DISMISSED** with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to the parties, and **CLOSE** the file.

**DATED** April 15, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2